|   |   |   |
|---|---|---|
| 1 | SHAWN N. ANDERSON<br>United States Attorney | **FILED**<br>DISTRICT COURT OF GUAM |
| 2 | MARIVIC P. DAVID<br>Assistant U.S. Attorney | DEC 18 2024 |
| 3 | Sirena Plaza, Suite 500<br>108 Hernan Cortez Avenue | JEANNE G. QUINATA |
| 4 | Hagåtña, Guam 96910<br>PHONE: (671) 472-7332 | CLERK OF COURT |
| 5 | FAX: (671) 472-7215<br>Attorneys for the United States of America | AZ. NO: 25-8307MJ |

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 24-00031 |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | **FAILURE TO SURRENDER FOR SERVICE OF SENTENCE**<br>[18 U.S.C. §§ 3146(a)(2) and (b)(1)(A)(i)] |
| CHRISTIAN T. CUNDIFF, | |
| Defendant. | |

THE GRAND JURY CHARGES:

On or about December 9, 2024, in the District of Guam and elsewhere, the defendant, CHRISTIAN T. CUNDIFF, having been released pursuant to Chapter 207 of Title 18, United States Code, while awaiting surrender for service of sentence after conviction in the District Court of Guam for a felony violation of Distribution of Methamphetamine Hydrochloride, Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) and Title 18, United States Code, Section 2, in Criminal Case Number 23-CR-00024-001 entitled *United States of America v. Christian T. Cundiff and Jesse M. Peredo*, and having been sentenced by the court to a total of eight months in prison, and having been directed by the court to surrender at the United States Marshal's Service

INDICTMENT - 1

office in Phoenix, Arizona on December 9, 2024, in the District of Arizona, did knowingly and willfully fail to surrender for service of sentence as ordered by the court, in violation of Title 18, United States Code, Sections 3146(a)(2) and (b)(1)(A)(i).

DATED this _18_ day of December 2024.

A TRUE BILL.

**REDACTED**

SHAWN N. ANDERSON
United States Attorney
Districts of Guam and NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

INDICTMENT - 2

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Guam

| United States of America | ) |
|---|---|
| v. | ) Case No. 1:24-cr-00031-001 |
| CHRISTIAN T. CUNDIFF, | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   CHRISTIAN T. CUNDIFF,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count 1: Failure to Surrender for Service of Sentence - 18 U.S.C. §§ 3146(a)(2) & (b)(1)(A)(i).

RECEIVED
DEC 18 2024
UNITED STATES MARSHALS SERVICE
DISTRICT OF GUAM

Date: 12/18/2024

/s/Cecilia M. Scroggs
Deputy Clerk
*Issuing officer's signature*

City and state:   Hagatna, Guam

CECILIA M. SCROGGS, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*



PS 8
(4/07)

# THE DISTRICT COURT OF GUAM

U.S.A. vs: _____Christian T. Cundiff_____   Docket No. _____CR23-00024-001_____

### Petition for Action on Conditions of Pretrial Release

COMES NOW _____TRINA P. DUENAS_____ PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant _____Christian T. Cundiff_____ who was placed under pretrial release supervision by the _____Honorable Michael J. Bordallo, Magistrate Judge_____ sitting in the court at _____Hagåtña, Guam_____ on the __2nd__ date of _____January_____, 20 __24__ under the following conditions:

*Please see Order Setting Conditions of Release filed on January 2, 2024*

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

*The Defendant committed violations of 18 U.S.C. § 3143.*

*Please see attached Declaration in Support of Petition and Request for Warrant*

PRAYING THAT THE COURT WILL:

*Pursuant to 18 U.S.C. §3148, order that a Warrant be issued for the defendant, and upon his arrest the Defendant shall be immediately transferred to the designated Bureau of Prisons facility to begin serving his sentence.*

## ORDER OF COURT

Respectfully,

/s/ TRINA P. DUENAS
U.S. Pretrial Services Officer

Place: Hagåtña, Guam
Date: December 12, 2024

*[signature]*
FRANCES TYDINGCO-GATEWOOD
Chief Judge
Dated: Dec. 17, 2024

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Guam

| United States of America | ) | |
| v. | ) | Case No. CR-23-00024-001 |
| Christian T. Cundiff | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Christian T. Cundiff ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Pretrial Release Violation Petition   ☐ Violation Notice   ☒ Order of the Court

This offense is briefly described as follows:
See attached Order filed 12/17/2024.

**RECEIVED DEC 17 2024 UNITED STATES MARSHALS SERVICE DISTRICT OF GUAM**

Date: 12/17/2024

*Issuing officer's signature*

City and state: Hagatna, GU

Leilani R. Toves Hernandez, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

*Arresting officer's signature*

*Printed name and title*

